PER CURIAM.
Affirmed. United States Fire Ins. Co. v. C & C Beauty Sales, Inc., 674 So.2d 169 (Fla. 3d DCA 1996); McCormick v. Lomar Industries, Inc., 612 So.2d 707 (Fla. 4th DCA 1993); Segall v. Fine, Jacobson, Schwartz, Nash, Block & England, P.A., 613 So.2d 516 (Fla. 3d DCA 1993); Overseas Equipment Co., Inc. v. Aceros Arquitectonicos, 374 So.2d 537 (Fla. 3d DCA 1979); Miami Auto Auc *409 tion, Inc. v. Friendly Enterprises, Inc., 257 So.2d 69 (Fla. 3d DCA 1972); Herold v. Computer Components Int’l, Inc., 252 So.2d 576 (Fla. 4th DCA 1971).